Fill in this information to identify the case:

Debtor 1   Susan L Reddick

Debtor 2   Benjamin T Reddick, Jr
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of FLORIDA

Case number 6:15-bk-00172-ABB

# Official Form 410S1
# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-NLC1, ASSET-BACKED CERTIFICATES, SERIES 2006-NLC1

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 6448

**Date of payment change:** 3/1/2018
Must be at least 21 days after date of this notice

**New total payment:** $1,433.64
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $477.63        **New escrow payment:** $479.53

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**              **New interest rate:**

   **Current principal and interest payment:**   **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**          **New mortgage payment:**

Debtor 1 <u>Susan L Reddick</u>               Case number *(if known)* <u>6:15-bk-00172-ABB</u>
        Print Name   Middle Name   Last Name

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Keith Labell</u>    Date <u>January 30, 2018</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>Keith Labell</u><br>First Name   Middle Name   Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>Robertson, Anschutz & Schneid, P.L.</u> | | |
| Address | <u>6409 Congress Ave., Suite 100</u><br>Number   Street | | |
| | <u>Boca Raton  FL 33487</u><br>City   State   ZIP Code | | |
| Contact Phone | <u>561-241-6901</u> | Email | <u>klabell@rasflaw.com</u> |

Case 6:15-bk-00172-ABB   Doc 194   Filed 01/31/18   Page 3 of 10

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BRANSONLAW PLLC
1501 E. CONCORD STREET
ORLANDO, FL  32803

SUSAN L REDDICK
BENJAMIN T REDDICK, JR
2709 TRADEWINDS TR
ORLANDO, FL  32805

LAURIE K WEATHERFORD
POST OFFICE BOX 3450
WINTER PARK, FL  32790

UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING,
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

<div style="margin-left: 50%;">

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Keith Labell
Keith Labell, Esquire
Email: klabell@rasflaw.com

</div>



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

01/02/2018

Loan Number: ▮▮▮▮▮

Susan L Reddick
2709 Tradewinds Trl
Orlando, FL 32805-5819

Property Address: 2709 Tradewinds Trl
Orlando, FL 32805-5819

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 01/08/2015, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from July 2017 through February 2018.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $1,431.74 of which $954.11 was for principal and interest and $477.63 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,638.43 | $3,465.75 |
| Jul-2017 | $550.67-s | $550.67 | | $3,030.00 | Hazard Insurance | $3,189.10 | $986.42 |

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| | | | | | (POLICY # ▮▮▮▮) | | |
| Aug-2017 | $550.67-s | | | | | $3,739.77 | $986.42 |
| Sep-2017 | $550.67-s | $550.67 | | | | $4,290.44 | $1,537.09 |
| *Oct-2017 | $477.63-s | | | | | $4,768.07 | $1,537.09 |
| *Nov-2017 | $477.63-s | $550.67 | | $2,705.28 | County Tax | $5,245.70 | $-617.52 |
| | | | | | (PARCEL # 04-23-29-3866-05590) | | |
| * | | $550.67 | | | | | $-66.85 |
| * | | $477.63 | | | | | $410.78 |
| * | | | $2,688.96-s | | County tax(Parcel#04-23-29-3866-05590) | $2,556.74 | $410.78 |
| Dec-2017 | $477.63-s | $477.63 | | | | $3,034.37 | $1,366.04 |
| Jan-2018 | $477.63-s | | | | | $3,512.00 | $1,843.67 |
| Feb-2018 | $477.63-s | | | | | $3,989.63 | $2,321.30 |
| TOTALS | $4,040.16 | $3,157.94 | $2,688.96 | $5,735.28 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".

*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS # 1852

BKA_ACCTHISTM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

01/02/2018

Account Number:

Susan L Reddick
2709 Tradewinds Trl
Orlando, FL 32805-5819

Property Address: 2709 Tradewinds Trl
Orlando, FL 32805-5819

Analysis Date: 12/29/2017

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### BANKRUPTCY PROJECTIONS FOR THE COMING YEAR

Dear Customer(s),


**Why We Are Sending This Letter**

The enclosed update **follows notice of the account's involvement in a bankruptcy petition**, filed on 01/08/2015 under Chapter 13 of the Bankruptcy Code.

**This statement relates to the** post-petition **escrow payments and disbursements only.**


**What Needs To Be Done**

**This statement should be reviewed carefully. The mortgage payment may be affected.**

**Please contact us at once if this account is not part of a Chapter 13 proceeding or plan.**
If this account has filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applies to the referenced property, please be advised that this Notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

Carlo Angelo Alarcon has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

**For any questions,** the Customer Care Center can be reached toll-free at **888.554.6599**, Monday through Friday 8 am to 9 pm ET. Information concerning this account may also be found online at www.ocwencustomers.com.

Sincerely,
Loan Servicing

Enclosure

NMLS # 1852

BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## IMPORTANT NOTICES
### PLEASE REVIEW THIS STATEMENT CAREFULLY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a projection of activity in the escrow account during the coming escrow year based on:
 a) Anticipated payments to be paid into the escrow account, and
 b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| Hazard Insurance | Aug 2018 | $3,030.00 |
| County Tax | Nov 2018 | $2,705.28 |
| Total Annual Disbursements | | $5,735.28 |

**Target Escrow Payment:** $477.94 = (1/12th of $5,735.28)
**Starting Escrow Balance Needed as of Mar 2018:** $2,389.70

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Balance Projections |
|---|---|---|---|---|---|
| Beginning Balance | | | | $2,321.30 | $2,389.70 |
| Mar-2018 | $477.94 | | | $2,799.24 | $2,867.64 |
| Apr-2018 | $477.94 | | | $3,277.18 | $3,345.58 |
| May-2018 | $477.94 | | | $3,755.12 | $3,823.52 |
| Jun-2018 | $477.94 | | | $4,233.06 | $4,301.46 |
| Jul-2018 | $477.94 | | | $4,711.00 | $4,779.40 |
| Aug-2018 | $477.94 | $3,030.00 | Hazard Insurance | $2,158.94 | $2,227.34 |
| | | | (POLICY # ▮▮▮▮▮) | | |
| Sep-2018 | $477.94 | | | $2,636.88 | $2,705.28 |
| Oct-2018 | $477.94 | | | $3,114.82 | $3,183.22 |
| Nov-2018 | $477.94 | $2,705.28 | County Tax | $887.48 | $955.88(Cushion) |
| | | | (PARCEL # 04-23-29-3866-055 90) | | |
| Dec-2018 | $477.94 | | | $1,365.42 | $1,433.82 |

NMLS # 1852                                                                                                       BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Balance Projections |
|---|---|---|---|---|---|
| Jan-2019 | $477.94 | | | $1,843.36 | $1,911.76 |
| Feb-2019 | $477.94 | | | $2,321.30 | $2,389.70 |
| TOTALS= | $5,735.28 | $5,735.28 | | | |

### ESCROW CUSHION AND POTENTIAL ESCROW SHORTAGE

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a "cushion," may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

### ESCROW ACCOUNT PROJECTIONS

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $5,735.28.
**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $955.88 (1/6 of $5,735.28).

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $2,321.30, making the escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out this year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $955.88, an additional $68.40 is needed for the escrow balance. Projected Monthly Payment for Escrow - The total escrow shortage of $68.40 has been spread over 43 months and broken into 43 equal monthly payments of $1.59 per month (the total anticipated shortage divided by 43). The shortage spread amount of $1.59 will be added to the target escrow payment of $477.94 calculated above, for a sum total of $479.53. This total, $479.53, will be the monthly amount due for payment into escrow.

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 03/01/2018, will be $1,433.64 of which $954.11 will be for principal and interest and $479.53 will go into the escrow account. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

**For any questions,** the Customer Care Center can be reached at **888.554.6599**. Representatives are available Monday through Friday 8 am to 9 pm ET.

**Fax to Attention:** Escrow Department
**Fax Number:** 561.682.7875

**Mailing Address:**
Ocwen Loan Servicing, LLC

NMLS # 1852                                                                                                          BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Attn: Escrow Department
P.O. Box 650502
Dallas, TX 75265-0502

NMLS # 1852

BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



**This Coupon Must Be Included with Escrow Shortage Payment**
**Escrow Shortage Payment**

| Susan L Reddick<br>2709 Tradewinds Trl<br>Orlando, FL 32805-5819 | **Account Number** | **Total Shortage**<br>$68.40 |
|---|---|---|
| **Payable to:**<br>Ocwen Loan Servicing, LLC<br>Attn: Escrow Department<br>P.O. Box 650502<br>Dallas, TX 75265-0502 | *Note* - *If the escrow shortage amount of $68.40, is paid, the monthly escrow payment will be adjusted accordingly.*<br><br>**Amount of Payment  $** _____ | |